# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BENAVIDES, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGION, an unknown business entity; INGERSOLL RAND COMPANY, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-08054<br><br>Honorable Stephen V. Wilson<br><br>**ORDER GRANTING REMAND TO STATE COURT UPON JOINT STIPULATION OF THE PARTIES**<br><br>Complaint Filed: October 3, 2017<br><br>**JS-6** |

The Court, having considered the Parties' Joint Stipulation to Remand to State Court, and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that this action is remanded to the Superior Court for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: December 6, 2017

*[signature]*

Hon. Stephen V. Wilson
Judge of the U.S. District Court